IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. DNCW3:04CR229 |
| ) | (Financial Litigation Unit) |
| THOMAS EDWARD COLLERAN ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| RUTLAND PLASTIC TECHNOLOGIES, INC., ) | |
| Garnishee. ) | |

**DISMISSAL OF CONSENT ORDER OF CONTINUING GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is **ORDERED** that the Consent Order of Continuing Garnishment filed in this case against Defendant Thomas Edward Colleran is **DISMISSED**.

Signed: February 13, 2017

David C. Keesler
United States Magistrate Judge