IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW3:04CR229 |
| | ) | (Financial Litigation Unit) |
| THOMAS EDWARD COLLERAN, | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| THE TILE SHOP, LLC, | ) | |
| Garnishee. | ) | |

## DISMISSAL OF ORDER OF CONTINUING GARNISHMENT

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 54) filed April 11, 2019.

Upon motion of the United States, for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Continuing Garnishment filed in this case against Defendant Thomas Edward Colleran is **DISMISSED**.

Signed: April 15, 2019

_____
David C. Keesler
United States Magistrate Judge